# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DEBORRAH SKAGGS, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 4:16-CV-00227-CAN |
| § | |
| v. § | |
| § | |
| VAN ALSTYNE INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict, it is **ORDERED** and **ADJUDGED** that Plaintiff takes nothing and that Plaintiff's case against Defendant is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.
**SIGNED this 16th day of February, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE